# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

GIA G. INCARDONE
DIRECT DIAL: 973-424-2050
PERSONAL FAX: 973.556.1365
E-MAIL: ggincardone@duanemorris.com

www.duanemorris.com

July 1, 2010

VIA FACSIMILE

Hon. Garrett E. Brown
United States District Court
District of New Jersey
Clarkson S. Fisher U.S. Courthouse
402 E. State Street, Room 4E
Trenton, New Jersey 08608

Re: **Frederick Cleveland & Cleveland Development, LLC v. Sean Michael O'Brien and Nicole Marie O'Brien, Case No. 10-03169 (GEB)**

Dear Judge Brown,

This firm represents Defendants/Appellants Frederick Cleveland and Cleveland Development, LLC (collectively, "Appellants") in the above-referenced matter. Currently, the deadline for filing Appellants' brief is set for July 6, 2010. Due to certain scheduling conflicts, including the intervening holiday weekend, with both Court and office closures on July 5, 2010, Appellants respectfully request a one-week extension of time to file their brief in this matter, setting the new deadline for filing on July 13, 2010.

I have spoken with counsel for Plaintiffs/Appellees Sean and Nicole O'Brien (collectively "Appellees"), who has advised that Appellees consent to the requested adjournment. Appellee's counsel is copied on the within correspondence.

Please do not hesitate to contact the undersigned if Your Honor has any questions or needs any further information. Thank you for Your Honor's courtesies, and Your Honor's time and attention to this matter.

Respectfully submitted,

*Gia G. Incardone*

Gia G. Incardone

DUANE MORRIS LLP   A DELAWARE LIMITED LIABILITY PARTNERSHIP                WALTER GREENHALGH, RESIDENT PARTNER
744 BROAD STREET, SUITE 1200   NEWARK, NJ 07102-3889                       PHONE: 973.424.2000   FAX: 973.424.2001

DuaneMorris

Hon. Garrett E. Brown
July 1, 2010
Page 2

GI/dm

cc: Gabriel H. Halpern, Esq.

*Request Granted.*
*So Ordered this*
*1st Day of July, 2010.*

*Garrett E. Brown, Jr. USDJ*